# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 22-CR-1152-BAS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Sanjiv Taneja (3) | Booking No. |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  8/29/2022
the Court entered the following order:

☐ Defendant be released from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release.

☐ Defendant released on _____ Bond posted.

☒ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case dismissed.

☐ Case dismissed, charges pending in case no.

☐ Defendant to be release to Pretrial Services for electronic monitoring.

☐ Other.

ANDREW G. SCHOPLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   M. Exler (619) 446-3764

8/29/22
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

| | |
|---|---|
| **From:** | CAS Releases |
| **To:** | Melissa Exler |
| **Subject:** | Read: 22CR1152-BAS TANEJA ABSTRACT |
| **Date:** | Monday, August 29, 2022 2:21:32 PM |

Your message
  To: CAS Releases
  Subject: 22CR1152-BAS TANEJA ABSTRACT
  Sent: Monday, August 29, 2022 2:18:15 PM (UTC-08:00) Pacific Time (US & Canada)
was read on Monday, August 29, 2022 2:20:39 PM (UTC-08:00) Pacific Time (US & Canada).