Whitney Z. Bernstein, SBN 304917
wbernstein@bklwlaw.com
Sandra C. Lechman, SBN 288660
slechman@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Dr. Karim Arabi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM ARABI, et al.,<br><br>    Defendants. | Case No. 3:22-cr-01152-BAS<br>Honorable Cynthia Bashant<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING** |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Karim Arabi, counsel for Dr. Arabi, Sanjiv Taneja, counsel for Mr. Taneja, Ali Shokouhi, counsel for Mr. Shokouhi, along with Assistant United States Attorneys Nicolas Pilchak, Meghan Heesch, and Eric Olah, that the Motion Hearing currently set for September 12, 2022, at 2:00 p.m., be continued to December 5, 2022, at 2:00 p.m. The allegations against the defendants in this case are complex and the discovery is expected to be voluminous. The government has estimated that the first round of discovery will be approximately

270,000 pages. The defense needs this time to review the discovery and investigate the charges.

The parties further agree to the exclusion of time under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(7). The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial for the following reasons:

    a.    The legal issues in this case are complex and the discovery is expected to be voluminous. The government estimates that the first round of discovery will be approximately 270,000 pages. The government has not yet completed the forensic downloads of any of the devices seized in this case, but review of that evidence will be time intensive. The parties need the requested time to review the discovery, conduct investigation, engage in any negotiations, and prepare for trial.

    b.    The parties need time to conduct evidence viewings.

    c.    This is the first request for a continuance of the motion hearing trial setting by the parties.

    d.    The defendants are out of custody and do not oppose this request.

Respectfully submitted,

Dated: September 7, 2022

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: /s/ Sandra C. Lechman
Whitney Z. Bernstein
Sandra C. Lechman
*Attorneys for Dr. Karim Arabi*

| | | |
|---|---|---|
| 1 | Dated: September 7, 2022 | **GIBSON, DUNN & CRUTCHER LLP** |
| 2 | | |
| 3 | | By: */s/ Winston Y. Chan* |
| | | Nicola T. Hanna |
| 4 | | Winston Y. Chan |
| 5 | | *Attorneys for Sanjiv Taneja* |
| | | *(Specially Appearing)* |
| 6 | | |
| 7 | Dated: September 7, 2022 | **WARREN & BERSTEIN** |
| 8 | | By: */s/ Katie Jenkins* |
| | | Katie Jenkins |
| 9 | | *Attorneys for Ali Akbar Shokouhi* |
| 10 | | *(Specially Appearing)* |
| 11 | Dated: September 7, 2022 | |
| | | By: */s/ Meghan Elizabeth Heesch* |
| 12 | | Nicholas W. Pilchak |
| 13 | | Eric R. Olah |
| | | Meghan Elizabeth Heesch |
| 14 | | *Attorneys for the United States of America* |

## CERTIFICATE OF AUTHORIZATION TO SIGN SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all counsel for the Plaintiff and codefendants' counsel and that I have obtained authorization from each attorney to affix his or her electronic signature to this document.

Dated: September 7, 2022                         /s/ *Sandra C. Lechman*
                                                 Sandra C. Lechman

# CERTIFICATE OF SERVICE

Counsel for Defendant Karim Arabi certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Katie Jenkins
kj@wabulaw.com
**WARREN & BURSTEIN**
*Attorneys for Ali Akbar Shokouhi*
*(Specially Appearing)*

Nicholas W. Pilchak
nicholas.pilchak@usdoj.gov
Eric R. Olah
eric.olah@usdoj.gov
Meghan Elizabeth Heesch
meghan.heesch@usdoj.gov
U.S. Attorney's Office

Counsel for Defendant Karim Arabi certifies that the foregoing pleading has been served on the following parties at the email addresses listed below:

Nicola T. Hanna
nhanna@gibsondunn.com
Winston Y. Chan
wchan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
*Attorneys for Sanjiv Tanej*
*(Specially Appearing)*

*/s/ Sandra C. Lechman*
Sandra C. Lechman