RANDY S. GROSSMAN
United States Attorney
MEGHAN E. HEESCH
Minnesota State Bar No. 0395912
NICHOLAS W. PILCHAK
California State Bar No. 331711
ERIC R. OLAH
California State Bar No. 295513
Assistant U.S. Attorneys
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619)546-9442
E-mail: meghan.heesch@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-CR-1152-BAS |
|---|---|
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| KARIM ARABI (1), SHEIDA ALAN (2), aka Sheida Arabi, SANJIV TANEJA (3), and ALI AKBAR SHOKOUHI (4), | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Meghan E. Heesch, Nicholas W. Pilchak, and Eric R. Olah, Assistant United States Attorneys, hereby files the following Bill of Particulars for Forfeiture of Property.

This Superseding Indictment seeks forfeiture of property pursuant to violations of Title 18, United States Code, Sections 1349, 1343, 1956(h), and 1957, as alleged in the Superseding Indictment, which violations are punishable by imprisonment of more than one year. ECF 9. The United States hereby gives notice that, in addition to the property already listed in the forfeiture allegation, the United States is seeking

forfeiture of the following additional property pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), and Title 28, United States Code, Section 2461(c):

    a. $8,321.25 in funds from Wells Fargo account # ending x8542 held in the name of The Pacific Trust;

    b. All funds from Wells Fargo Consolidated account # ending in x5018, including accounts ending x1800, x1801, x1802, x1803 and x1804, held by THE PACIFIC TRUST DATED 6-9-2015, Trustees AKBAR AND FARIBA SHOKOUHI;

    c. $201,552.94 in funds from Citibank account # ending x0444 held in the name of Sanjiv Taneja;

    d. $2,058,004.49 in funds from Vanguard account # ending x7193 held in the name of The Taneja Family Trust, trustees Sanjiv Taneja and Simy Taneja;

    e. $894,210.30 in funds from Charles Schwab account # ending x2541 held in the name of The Taneja Family Trust, trustees Sanjiv Taneja and Simy Taneja;

    f. $2,044,819.07 in funds from Charles Schwab account # ending x5620 held in the name of The Taneja Family Trust, trustees Sanjiv Taneja and Simy Taneja;

    g. $137,674.81 in funds from Charles Schwab account # ending x3089 held in the name of Manik Taneja and Sanjiv Taneja;

    h. $37,402.62 in funds from Charles Schwab account # ending x4472 held in the name of Manik Taneja and Sanjiv Taneja;

    i. $271,392.45 in funds from Fidelity Investments account # ending x3052 held in the name of The Taneja Family Trust, trustees Sanjiv Taneja and Simy Taneja;

    j. $2,435,706.63 in funds from Fidelity Investments account # ending x5129 held in the name of The Taneja Family Trust, trustees Sanjiv Taneja and Simy Taneja;

    k. $243,818.41 in funds from Goldman Sachs account # ending x9163 held in the name of Sanjiv Taneja and Simy Taneja;

    l. $284,805.64 in funds from Bank of America account # ending x6028 held in the name of Atlazo, Inc. (Karem Arabi); and

    m. $18,037.63 in funds from Bank of America account # ending x7398 held in the name of Karem Arabi.

The property described in paragraphs (a) and (c) through (m) is currently being held in the Southern District of California. The property described in paragraph (b) is currently restrained in the custody of Wells Fargo.

DATED: September 19, 2022.

RANDY S. GROSSMAN  
United States Attorney

s/*Meghan E. Heesch*  
MEGHAN E. HEESCH  
Assistant U.S. Attorney