GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
　NHanna@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorney for Sanjiv Taneja*
*(Specially Appearing)*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, AND ALI AKBAR SHOKOUHI,<br><br>　　　　Defendants. | CASE NO. 3:22-cr-01152-BAS<br><br>**NOTICE OF SPECIAL APPEARANCE OF NICOLA T. HANNA** |
|---|---|

1   Defendant Sanjiv Taneja hereby notifies the Clerk of Court and the parties in this matter of the
2   special appearance of Nicola T. Hanna in the above-captioned action as counsel on behalf of Defendant
3   Sanjiv Taneja, for purposes of the Arraignment on Indictment and Initial Appearance on August 29,
4   2022; the Joint Motion to Continue Hearing filed on September 7, 2022 (Dkt. No. 60); and the
5   Acknowledgment of Court Date, filed concurrently herewith.

6   The information for Nicola T. Hanna is as follows:

NICOLA T. HANNA, SBN 130694
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520
NHanna@gibsondunn.com

DATED:  September 21, 2022            GIBSON, DUNN & CRUTCHER LLP

By:  s/ Nicola T. Hanna
Nicola T. Hanna
*Attorney for Sanjiv Taneja (Specially Appearing)*
E-mail: NHanna@gibsondunn.com

# CERTIFICATE OF SERVICE

I, Danielle Trujillo, declares as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State. On September 21, 2022, I served the following document(s):

**NOTICE OF SPECIAL APPEARANCE OF NICOLA T. HANNA**

on the following interested parties:

Nicholas W. Pilchak
Nicholas.Pilchak@usdoj.gov
Meghan E. Heesch
Meghan.Heesch@usdoj.gov
Eric R. Olah
Eric.Olah@usdoj.gov
Office of the U.S. Attorney

David K. Willingham
dwillingham@kslaw.com
KING & SPALDING
*Attorneys for Ali Akbar Shokouhi*
  *(Specially Appearing)*

Whitney Z. Bernstein
wbernstein@bklwlaw.com
Sandra C. Lechman
slechman@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
*Attorneys for Karim Arabi*

in the method as follows:

**BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

**FEDERAL**: I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2022.

_____
Danielle Trujillo