GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
   NHanna@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorney for Sanjiv Taneja*
*(Specially Appearing)*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-01152-BAS |
|---|---|
| Plaintiff, | **SANJIV TANEJA'S ACKNOWLEDGMENT OF COURT DATE** |
| v. | |
| KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, AND ALI AKBAR SHOKOUHI, | |
| Defendants. | |

1     I, Sanjiv Taneja, hereby acknowledge that the next court date in the above-captioned action is
2 scheduled for Monday, December 5, 2022 at 2:00 p.m.

4 DATED: September 20, 2022

6                                                   By: *Sanjiv Taneja* (signature)
                                                         Sanjiv Taneja

Gibson, Dunn & Crutcher LLP

2

SANJIV TANEJA'S ACKNOWLEDGMENT OF COURT DATE

# CERTIFICATE OF SERVICE

I, Danielle Trujillo, declares as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State. On September 21, 2022, I served the following document(s):

**SANJIV TANEJA'S ACKNOWLEDGMENT OF COURT DATE**

on the following interested parties:

Nicholas W. Pilchak
Nicholas.Pilchak@usdoj.gov
Meghan E. Heesch
Meghan.Heesch@usdoj.gov
Eric R. Olah
Eric.Olah@usdoj.gov
Office of the U.S. Attorney

David K. Willingham
dwillingham@kslaw.com
KING & SPALDING
*Attorneys for Ali Akbar Shokouhi
 (Specially Appearing)*

Whitney Z. Bernstein
wbernstein@bklwlaw.com
Sandra C. Lechman
slechman@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
*Attorneys for Karim Arabi*

in the method as follows:

**BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

**FEDERAL**: I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2022.

*Danielle Trujillo*
_____
Danielle Trujillo