GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
   NHanna@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

WINSTON Y. CHAN, SBN 214884
   WChan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California  94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Sanjiv Taneja*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, AND ALI AKBAR SHOKOUHI,<br><br>        Defendants. | CASE NO. 3:22-cr-01152-BAS<br><br>**NOTICE OF APPEARANCE OF WINSTON Y. CHAN** |

Defendant Sanjiv Taneja hereby notifies the Clerk of Court and the parties in this matter of the appearance of Winston Y. Chan in the above-captioned action as counsel on behalf of Defendant Sanjiv Taneja.

The information for Winston Y. Chan is as follows:

> WINSTON Y. CHAN, SBN 214884
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street, Suite 3000
> San Francisco, California 94105
> Telephone: 415.393.8200
> Facsimile: 415.393.8306
> WChan@gibsondunn.com

DATED: September 27, 2022                GIBSON, DUNN & CRUTCHER LLP


By: s/ Winston Y. Chan
    Winston Y. Chan
    *Attorneys for Sanjiv Taneja*

# CERTIFICATE OF SERVICE

I, Danielle Trujillo, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State. On September 27, 2022, I served the following document(s):

**NOTICE OF APPEARANCE OF WINSTON Y. CHAN**

on the following interested parties:

Nicholas W. Pilchak
Nicholas.Pilchak@usdoj.gov
Meghan E. Heesch
Meghan.Heesch@usdoj.gov
Eric R. Olah
Eric.Olah@usdoj.gov
Office of the U.S. Attorney

Blyth Golay Kochsiek
bkochsiek@kslaw.com
David K. Willingham
dwillingham@kslaw.com
KING & SPALDING
*Attorneys for Ali Akbar Shokouhi*

Whitney Z. Bernstein
wbernstein@bklwlaw.com
Sandra C. Lechman
slechman@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
*Attorneys for Karim Arabi*

in the method as follows:

**BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

**FEDERAL**: I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2022.

_____
Danielle Trujillo

Gibson, Dunn & Crutcher LLP