GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
   NHanna@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

WINSTON Y. CHAN, SBN 214884
   WChan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California  94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Sanjiv Taneja*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, AND ALI AKBAR SHOKOUHI,<br><br>        Defendants. | CASE NO. 3:22-cr-01152-BAS<br><br>**NOTICE OF APPEARANCE OF KATHERINE H. SHARP** |

Defendant Sanjiv Taneja hereby notifies the Clerk of Court and the parties in this matter of the appearance of Katherine H. Sharp in the above-captioned action as counsel on behalf of Defendant Sanjiv Taneja.

The information for Katherine H. Sharp is as follows:

> KATHERINE H. SHARP, SBN 273141
> GIBSON, DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, California  90071
> Telephone:  213.229.7000
> Facsimile:  213.229.7520
> KSharp@gibsondunn.com

DATED:  September 28, 2022                           GIBSON, DUNN & CRUTCHER LLP


                                                     By: s/ Katherine H. Sharp
                                                         Katherine H. Sharp
                                                         *Attorneys for Sanjiv Taneja*

# CERTIFICATE OF SERVICE

I, Danielle Trujillo, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State. On September 28, 2022, I served the following document(s):

**NOTICE OF APPEARANCE OF KATHERINE H. SHARP**

on the following interested parties:

| | |
|---|---|
| Nicholas W. Pilchak<br>Nicholas.Pilchak@usdoj.gov<br>Meghan E. Heesch<br>Meghan.Heesch@usdoj.gov<br>Eric R. Olah<br>Eric.Olah@usdoj.gov<br>Office of the U.S. Attorney | Blyth Golay Kochsiek<br>bkochsiek@kslaw.com<br>David K. Willingham<br>dwillingham@kslaw.com<br>KING & SPALDING<br>*Attorneys for Ali Akbar Shokouhi* |
| | Whitney Z. Bernstein<br>wbernstein@bklwlaw.com<br>Sandra C. Lechman<br>slechman@bklwlaw.com<br>BIENERT KATZMAN<br>LITTRELL WILLIAMS LLP<br>*Attorneys for Karim Arabi* |

in the method as follows:

**BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

**FEDERAL**: I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2022.

_____
Danielle Trujillo

Gibson, Dunn & Crutcher LLP