GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
nhanna@gibsondunn.com
KATHERINE H. SHARP, SBN 273141
ksharp@gibsondunn.com
JAMES N. ROTSTEIN, SBN 305072
jrotstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

WINSTON Y. CHAN, SBN 214884
wchan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Sanjiv Taneja*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, AND ALI AKBAR SHOKOUHI,<br><br>Defendants. | CASE NO. 3:22-cr-01152-BAS<br><br>**DEFENDANT SANJIV TANEJA'S NOTICE OF JOINDER AND JOINDER IN MOTIONS TO: (1) COMPEL DISCOVERY; (2) PRESERVE EVIDENCE; (3) GRANT LEAVE TO FILE FURTHER MOTIONS, FILED BY DEFENDANT KARIM ARABI (DKT. NOS. 47 AND 47-1)**<br><br>Date: December 5, 2022<br>Time: 2:00 P.M.<br>Dept: Courtroom 4B<br>Judge: Honorable Cynthia Bashant |

**TO THIS HONORABLE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 5, 2022, at 2:00 PM, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Cynthia A. Bashant, located at 221 West Broadway, San Diego, California 92101, Courtroom 4B, Defendant Sanjiv Taneja will, and hereby does, join the Notice of Motions and Motions to (1) Compel Discovery; (2) Preserve Evidence; and (3) Grant Leave to File Further Motions, filed by Defendant Karim Arabi. *See* Dkt. Nos. 47 and 47-1.

This joinder of motion is pursuant to Criminal Local Rule 47.1(d) and is based on this Notice of Joinder, Mr. Arabi's Notice of Motions, Motions, and Memorandum of Points and Authorities in support thereof, Dkt. Nos. 47 and 47-1, and such other and further argument and evidence as may be presented to the Court at the hearing on this matter.

DATED: November 21, 2022

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Nicola T. Hanna*
Nicola T. Hanna, Bar No. 130694
Winston Y. Chan, Bar No. 214884
Katherine H. Sharp, Bar No. 273141
James N. Rotstein, Bar No. 305072

*Attorneys for Defendant Sanjiv Taneja*

# CERTIFICATE OF SERVICE

Counsel for Sanjiv Taneja certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Nicholas W. Pilchak
Nicholas.Pilchak@usdoj.gov
Meghan E. Heesch
Meghan.Heesch@usdoj.gov
Eric R. Olah
Eric.Olah@usdoj.gov
Janaki Chopra
Janaki.Chopra@usdoj.gov
*Office of the U.S. Attorney*

Blythe Golay Kochsiek
bkochsiek@kslaw.com
David K. Willingham
dwillingham@kslaw.com
Jamie A. Lang
jlang@ks.com
KING & SPALDING
*Attorneys for Ali Akbar Shokouhi*

Whitney Z. Bernstein
wbernstein@bklwlaw.com
Sandra C. Lechman
slechman@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
*Attorneys for Karim Arabi*

DATED:  November 21, 2022

GIBSON, DUNN & CRUTCHER LLP

By: */s/ James N. Rotstein*
James N. Rotstein
*Attorneys for Sanjiv Taneja*