RANDY S. GROSSMAN
United States Attorney
NICHOLAS W. PILCHAK
California Bar No. 331711
MEGHAN E. HEESCH
Minnesota Bar No. 0395912
JANAKI G. CHOPRA
California Bar No. 272246
ERIC R. OLAH
California Bar No. 295513
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9709
Email: nicholas.pilchak@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARIM ARABI (1), <br> SANJIV TANEJA (3), <br> ALI AKBAR SHOKOUHI (4), <br><br> Defendants. | Case No.: 22-CR-1152-BAS <br><br> Date:       December 5, 2022 <br> Time:       2:00 p.m. <br><br> Honorable Cynthia Bashant <br><br> **THE UNITED STATES' UNOPPOSED MOTION FOR ORDER SHORTENING TIME TO FILE A RESPONSE IN OPPOSITION TO DEFENDANT SANJIV TANEJA'S MOTION TO DISMISS** |

The United States of America, by and through its counsel, RANDY S. GROSSMAN, United States Attorney, and Nicholas W. Pilchak, Meghan E. Heesch, Janaki G. Chopra, and Eric R, Olah, Assistant U.S. Attorneys, respectfully moves for an order shortening time to file a response in opposition to Defendant Sanjiv Taneja's Motion to Dismiss.

Defendant's Motion was filed under seal 14 days before the December 5, 2022 hearing date; without the order requested herein, the United States' response is due on

November 28, 2022.  *See* Local Rules, Criminal Rule 47.1(b) and (c); Criminal Pretrial & Trial Procedures for the Hon. Cynthia Bashant.  As set forth in the affidavit filed herewith:

1. The United States received Defendant Taneja's Motion via email at 10:13 p.m. on November 21, 2022.
2. November 24, 2022 was a federal holiday, leaving the United States just four business days to research, write, and file an opposition to Defendant Taneja's Motion.
3. Counsel for Mr. Taneja confirmed via email there is no opposition to this request to shorten time to file a response in opposition.
4. Court staff indicated that the Court would be agreeable to receiving the United States' response in opposition on November 30, 2022.

Accordingly, the United States' respectfully requests an order shortening time to file a response in opposition to Defendant Taneja's Motion to Dismiss to November 30, 2022.

DATED: November 28, 2022

RANDY S. GROSSMAN
United States Attorney

/s/ Nicholas W. Pilchak
NICHOLAS W. PILCHAK
MEGHAN E. HEESCH
JANAKI G. CHOPRA
ERIC R. OLAH
Assistant U.S. Attorneys