GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
    NHanna@gibsondunn.com
KATHERINE H. SHARP, SBN 273141
    KSharp@gibsondunn.com
JAMES N. ROTSTEIN, SBN 305072
    JRotstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

WINSTON Y. CHAN, SBN 214884
    WChan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California  94105
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Sanjiv Taneja*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-01152-BAS |
| Plaintiff, | **DEFENDANT SANJIV TANEJA'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS ONE AND FOUR OF THE SUPERSEDING INDICTMENT AS IMPERMISSIBLY DUPLICITOUS** |
| v. | |
| KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, AND ALI AKBAR SHOKOUHI, | *Supporting Declaration of Brian M. Lutz filed concurrently herewith* |
| Defendants. | Date:     December 5, 2022<br>Time:     2:00 P.M.<br>Dept:     Courtroom 4B<br>Judge:    Honorable Cynthia Bashant |

Gibson, Dunn &
Crutcher LLP

3:22-cr-01152-BAS

DEFENDANT SANJIV TANEJA'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS ONE AND
FOUR OF THE SUPERSEDING INDICTMENT AS IMPERMISSIBLY DUPLICITOUS

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on December 5, 2022, at 2:00 p.m., or as soon thereafter as this matter may be heard, before the Honorable Cynthia A. Bashant in Courtroom 4B of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, Defendant Sanjiv Taneja will, and hereby does, move this Court for an order dismissing as impermissibly duplicitous Counts One and Four of the Superseding Indictment (violation of 18 U.S.C. § 1349), pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(i).

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Brian M. Lutz filed concurrently herewith, all of the pleadings and papers on file in this action, all matters of which this Court may take judicial notice, and on such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this Motion.

DATED:  November 21, 2022                    GIBSON, DUNN & CRUTCHER LLP


By:  s/ Nicola T. Hanna
    Nicola T. Hanna
    *Attorneys for Sanjiv Taneja*

Gibson, Dunn &
Crutcher LLP

1                                    3:22-cr-01152-BAS
DEFENDANT SANJIV TANEJA'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS ONE AND
FOUR OF THE SUPERSEDING INDICTMENT AS IMPERMISSIBLY DUPLICITOUS