GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
 NHanna@gibsondunn.com
KATHERINE H. SHARP, SBN 273141
 KSharp@gibsondunn.com
JAMES N. ROTSTEIN, SBN 305072
 JRotstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

WINSTON Y. CHAN, SBN 214884
 WChan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Sanjiv Taneja*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-01152-BAS |
|---|---|
| Plaintiff, | **DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANT SANJIV TANEJA'S MOTION TO DISMISS COUNTS ONE AND FOUR OF THE SUPERSEDING INDICTMENT AS IMPERMISSIBLY DUPLICITOUS** |
| v. | |
| KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, AND ALI AKBAR SHOKOUHI, | |
| Defendants. | Date: December 5, 2022<br>Time: 2:00 P.M.<br>Dept: Courtroom 4B<br>Judge: Honorable Cynthia Bashant |

# DECLARATION OF BRIAN M. LUTZ

I, Brian M. Lutz, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys who represented Sanjiv Taneja ("Mr. Taneja") in the matter *Qualcomm Technologies, Inc. v. Karim Arabi, Sheida Arabi A/K/A Sheida Alan, and Sanjiv Taneja*, Case No. 37-2017-00040719-CU-FR-CTL, in the Superior Court of California, County of San Diego, Central Division (the "Civil Action"). I make this declaration in support of Mr. Taneja's Motion to Dismiss Counts One and Four of the Superseding Indictment as Impermissibly Duplicitous. The facts stated in this declaration are based upon my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Qualcomm Technologies, Inc. ("Qualcomm") filed the Civil Action on October 26, 2017. The complaint alleged fraud and other claims stemming from the sale of Abreezio, LLC ("Abreezio") by Mr. Taneja and Karim Arabi and Sheida Alan to Qualcomm.

3. As early as January 4, 2018, I began discussing settlement terms with counsel for Qualcomm.

4. Counsel for Qualcomm sent a draft settlement agreement to me on January 15, 2018.

5. The settlement agreement was executed by Qualcomm and Mr. Taneja on January 26, 2018.

6. Under the terms of the settlement agreement, (1) Qualcomm released its claims against Mr. Taneja related to the matters at issue in the Civil Action; [REDACTED]

| | |
|---|---|
| 1 | ███████████████████████████████████████ |
| 2 | ████████████████████████████ |
| 3 | Executed on November 21, 2022 in San Francisco, California. |

*[signature: Brian M. Lutz]*

Brian M. Lutz