UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KARIM ARABI (1),<br>SANJIV TANEJA (3),<br>ALI AKBAR SHOKOUHI (4),<br><br>  Defendants. | Case No. 22-cr-1152-BAS<br><br>**DECLARATION OF NICHOLAS W. PILCHAK IN SUPPORT OF THE UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNTS ONE THROUGH FIVE AS IMPERMISSIBLY DUPLICITOUS** |

I, Nicholas W. Pilchak, counsel for the United States, declare that:

1.  I am an attorney licensed to practice law in the State of California. I am an Assistant U.S. Attorney for the Southern District of California and am one of the attorneys representing the United States in this case. The facts stated in this declaration are based upon my personal knowledge, and if called as a witness, I could and would testify competently to the facts herein.

2.  On or about October 30, 2015, Qualcomm Technologies Inc. ("Qualcomm") entered a Unit Purchase Agreement ("UPA") to acquire Abreezio LLC ("Abreezio"). QCARABI_00563390.[1] In the UPA, Abreezio and its members—which included Sanjiv Taneja (its President and CEO) and Sheida Alan (its majority member)—made express representations in connection with Abreezio's sale, including that it had not intentionally misrepresented any facts in applications to register its intellectual property. QCARABI_00563416.

---

[1] This declaration lists Bates numbers for corresponding documents for reference but does not attach them. Copies are available upon request for the Court's review.

3.     The UPA provided for payment for Abreezio in two primary phases. First, Qualcomm would pay approximately $150 million in cash on or about October 30, 2015.  QCARABI_00563516.  Second, Qualcomm would hold back $23,747,735.50 to cover the indemnification obligations of the sellers, which would otherwise be payable *pro rata* to Abreezio's principals on or about October 30, 2017.  *Id.*; QCARABI_00563416; '563400.  Taneja's share of the indemnification holdback funds was estimated at $1,848,000.00.  QCARABI_00563518.  The share payable to TechVC Investments, Inc. ("TechVC") and Business Strategic Advisors LLC ("BSA")—two companies owned by or closely affiliated with Ali Akbar Shokouhi—was estimated at $4,488,000.00.  *Id*.  The share payable to Sheida Alan was estimated at $16,896,000.00.  *Id*.

4.     The UPA provided that the indemnification holdback funds would be available in the first instance, however, to satisfy claims made by Qualcomm for losses against which the Abreezio principals had indemnified it.  These included "any and all losses . . . resulting from or arising out of . . . any misrepresentation . . . made by [Abreezio or its] Member[s] in this Agreement."  QCARABI_00563448.

5.     Qualcomm filed a civil fraud lawsuit against Karim Arabi ("Karim"), Sheida Alan, aka Sheida Arabi ("Sheida"), and Sanjiv Taneja on or about October 26, 2017 in California Superior Court for San Diego County, case number 37-2017-00040719-CU-FR-CTL (the "Civil Fraud Suit").  QCARABI_00461272.  Based on its claims in the Civil Fraud Suit, Qualcomm did not make the scheduled indemnification holdback payments to Taneja, Sheida, or the other Abreezio sellers.

6.     In response to the Civil Fraud Suit, Sheida filed a cross-claim or counter-claim on or about January 16, 2018, alleging that Qualcomm had wrongfully withheld her share of the indemnification holdback funds.  QCABR_USAO00000401.  Sheida later filed an amended cross-complaint on or about June 18, 2018, in which she claimed that she was "the sole inventor of the founding Abreezio technology." QCABR_USAO_00000417.

7. On or about January 26, 2018, Taneja settled the Civil Fraud Suit with Qualcomm via a written settlement agreement, which noted that Taneja maintained a claim against Qualcomm for his own indemnification for costs and fees from defending the Civil Fraud Suit, as well as "separate claims against one or more Qualcomm employees." QCABR_USAO00000724.  In exchange for his release of those claims and his anticipated cooperation, Qualcomm released its own claims against Taneja. QCABR_USAO00000730, 31.  The settlement agreement did not require Taneja to personally repay the over $10 million he had been paid by Qualcomm as part of the Abreezio transaction.

8. On or about December 6, 2018, Sheida and Karim settled the Civil Fraud Suit with Qualcomm via a written settlement agreement.  QCABR_USAO_00000702.  In the agreement, Sheida acknowledged the cross-claims she had asserted against Qualcomm, which Qualcomm disputed, and then explicitly released those claims as part of a mutual release and settlement in which Karim and Sheida also agreed to pay $45,000,000.00 to Qualcomm.  QCABR_USAO_00000703–04.

9. On or about January 27, 2020, Shokouhi settled claims from the Abreezio matter with Qualcomm out of court, in a separate written settlement that also involved TechVC, BSA, and another individual.  QCABR_USAO_00002932.  In his settlement agreement, Shokouhi explicitly released any claim he (or his companies) had to the indemnification holdback funds under the UPA.  QCABR_USAO_00002933–34.  In the agreement, Shokouhi, his two companies, and the other individual agreed to pay Qualcomm $6,000,000.00.  QCABR_USAO_00002933.

DATED:  November 30, 2022

_____
NICHOLAS W. PILCHAK