**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

FILED
DEC 0 7 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 22-CR-1152-BAS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Taneja and Simy Taneja | DISPOSITION |

**SERVE**
*****
**AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**FEDERAL BUREAU OF INVESTIGATION     ATTN:   FORFEITURE UNIT**

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

**10385 VISTA SORRENTO PARKWAY SAN DIEGO, CA 92121**

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Nicholas Pilchak and Meghan Heesch, Assistant United States Attorneys<br>United States Attorney's Office<br>Southern District of California<br>880 Front Street, Room 6293<br>San Diego, California 92101-8893 | Number of process to be served with this Form - 285 : 1 |
| | Number of parties to be served in this case : 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**USAO No. 2020R03259; FBI Case No. 318A-SD-3266932; CATS ID No. 22-FBI-006240**

Please see attached the Tracing and Claims Agreement letter. The United States Attorney's Office for thr Southern District of California agrees to return Sanjiv Taneja on behalf of the Taneja Family 2017 Trust $1,076,198.65 of the funds seized from Vanguard Account No. 32807193, based on agreement of the following facts agreed by Mr.Taneja and Ms. Simy Taneja.

| Signature of Attorney or other Originator requesting service on behalf of : | TELEPHONE NUMBER | DATE |
|---|---|---|
| Nicholas Pilchak and Meghan Heesch _____ : PLAINTIFF<br>[AUSAs]9 DEFENDANT | Stefany Speck<br>Supervisory Paralegal, FSA<br>(619) 546-8909 | 11/23/22 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk C. Bautr | Date 11/23/22 |
|---|---|---|---|---|---|

I hereby certify and return that I ~~have personally served, have legal evidence of service,~~ have executed as shown in ARemarks@, the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

~~I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).~~

| Name and title of individual served (If not shown above) | | A person of suitable age and discretion then residing in the defendant=s usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service 11/28/22 | Time 2:19  pm |
| | Signature of U.S. Marshal or Deputy 3 17 22 | |

| Service Fee $65 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $65 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:     11/28/22 - Tracing & Claims Agreement letter served electronically on FBI.

| PRIOR EDITIONS MAY BE USED | SEND  ORIGINAL + 2 COPIES  to USMS. | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

(CLERK OF COURT)   2.  USMS Record   3.  Notice of Service   4.  Billing Statement   5.  Acknowledgment of Receipt