RANDY S. GROSSMAN
United States Attorney
NICHOLAS W. PILCHAK
California Bar No. 331711
JANAKI G. CHOPRA
California Bar No. 272246
ERIC R. OLAH
California Bar No. 295513
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9709
Email: nicholas.pilchak@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-1152-BAS |
| Plaintiff, | NOTICE OF INTENDED VOLUNTARY SALE OF PROPERTY LOCATED AT MOSSEVEIEN 267, 1169 OSLO, NORWAY (CADASTRAL NUMBER 0301/194/188) |
| v. | |
| KARIM ARABI (1), SHEIDA ALAN (2), aka Sheida Arabi, SANJIV TANEJA (3), and ALI AKBAR SHOKOUHI (4), | |
| Defendants. | |

     PLEASE TAKE NOTICE that, a superseding indictment having been returned in the United States District Court for the Southern District of California against Defendants KARIM ARABI (1) ("Karim") and SHEIDA ALAN, aka SHEIDA ARABI (2) ("Sheida"), which superseding indictment also seeks the forfeiture of Defendants Karim and Sheida's right, title to, and interest in that real property located at Mosseveien 267, 0252 Oslo, Norway (cadastral number 0301/194/188), and all appurtenances affixed thereto (the "Subject Real Property");

     Norwegian authorities, in response to an official request from the United States, have restrained the Subject Real Property to preserve its value and prevent its

sale, transfer, or other dissipation and ensure its availability for forfeiture under U.S. law; and

Norwegian authorities, at the request of the nominal owner of the Subject Real Property, who is not a defendant in this criminal action, now intend to conduct a voluntary sale of the Subject Real Property, and place the proceeds of the sale (including any appreciated value of the Subject Real Property since its purchase) in a Norwegian bank account, pending final resolution of Defendants Karim and Sheida's interest in the Subject Real Property in this action.

To the extent practicable, undersigned counsel will cause service of a copy of this notice upon Defendant Sheida via her Canadian counsel, through appropriate Canadian authorities.

DATED: December 15, 2022.

RANDY S. GROSSMAN
United States Attorney

/s/ Nicholas W. Pilchak

NICHOLAS W. PILCHAK
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America