# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　V.<br><br>SANJIV TANEJA (3),<br><br>　　　　　　　　Defendant. | Criminal Case No. 22-CR-1152-BAS<br><br><u>ORDER</u> |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's plea of guilty to Count Seven (7) of the Superseding Indictment.

Dated: September 1, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　United States District Judge