| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | NICOLA T. HANNA, SBN 130694<br>   NHanna@gibsondunn.com |
| 3 | KATHERINE H. SHARP, SBN 273141<br>   KSharp@gibsondunn.com |
| 4 | JAMES N. ROTSTEIN, SBN 305072<br>   JRotstein@gibsondunn.com |
| 5 | 333 South Grand Avenue<br>Los Angeles, California 90071 |
| 6 | Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| 7 | WINSTON Y. CHAN, SBN 214884 |
| 8 |    WChan@gibsondunn.com<br>555 Mission Street, Suite 3000 |
| 9 | San Francisco, California 94105<br>Telephone: 415.393.8200 |
| 10 | Facsimile: 415.393.8306 |
| 11 | *Attorneys for Sanjiv Taneja* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-01152-BAS |
|---|---|
| Plaintiff, | **SANJIV TANEJA'S ACKNOWLEDGMENT OF COURT DATE** |
| v. | |
| SANJIV TANEJA (D3), | |
| Defendant. | Date:   March 24, 2025<br>Time:   10:00 A.M.<br>Dept:   Courtroom 12B<br>Judge:  Honorable Cynthia Bashant |

I, Sanjiv Taneja, hereby acknowledge that the next court date in the above-captioned action is scheduled for Monday, March 24, 2025 at 10:00 a.m.

DATED:  August  9, 2024

By: /s/ Sanjiv Taneja
Sanjiv Taneja