UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KARIM ARABI; SHEIDA ALAN,<br>also known as Sheida Arabi;<br>SANJIV TENEJA; ALI AKBAR<br>SHOKOUHI,<br><br>　　　　　　　　　　　　Defendants. | Case No. 22-cr-01152-BAS<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO QUASH**<br><br>**(ECF No. 293)** |

　　Non-Party Qualcomm Inc. filed a Motion to Quash Rule 17(c) Subpoena. (ECF No. 293.)  Any opposition to the Motion to Quash must be filed no later than **December 6, 2024**.  No reply is necessary.

　　**IT IS SO ORDERED.**

**DATED: November 26, 2024**

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge