# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22cr1152-BAS |
| Plaintiff, | |
| v. | STIPULATIONS |
| KARIM ARABI, | |
| Defendant. | |

THE PARTIES HAVING AGREED, IT IS HEREBY STIPULATED between the Plaintiff, the United States of America, by and through its counsel, Andrew R. Haden, Acting United States Attorney, and Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, Assistant U.S. Attorneys, and defendant Karim Arabi, by and through his counsel, Whitney Z. Bernstein, Rebecca Roberts, and Ryan Fraser as follows.

1. The parties stipulate that Exhibits 754 to 767 are true and correct copies of documents found on Dr. Karim Arabi's laptop computer that agents seized from his residence on August 9, 2022.

//

2. These stipulations are being entered into freely and voluntarily by all parties.

March 19, 2025
DATE

*/s/ Janaki G. Chopra*
NICHOLAS W. PILCHAK
JANAKI G. CHOPRA
ERIC R. OLAH
Assistant United States Attorneys

March 19, 2025
DATE

*/s/ Karim Arabi*
KARIM ARABI

March 19, 2025
DATE

*/s/ Whitney Bernstein*
WHITNEY Z. BERNSTEIN
REBECCA S. ROBERTS
RYAN V. FRASER
Attorney for Defendant Karim Arabi