```
GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
    NHanna@gibsondunn.com
KATHERINE H. SHARP, SBN 273141
    KSharp@gibsondunn.com
JAMES N. ROTSTEIN, SBN 305072
    JRotstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

WINSTON Y. CHAN, SBN 214884
    WChan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California  94105
Telephone:  415.393.8200
Facsimile:  415.393.8306
```

*Attorneys for Sanjiv Taneja*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-01152-BAS |
|---|---|
| Plaintiff, | **SANJIV TANEJA'S ACKNOWLEDGMENT OF COURT DATE** |
| v. | |
| SANJIV TANEJA (D3), | |
| Defendant. | Date:   October 24, 2025<br>Time:   10:00 A.M.<br>Dept:   Courtroom 12B<br>Judge:  Honorable Cynthia Bashant |

1     I, Sanjiv Taneja, hereby acknowledge that the next court date in the above-
2 captioned action is scheduled for Friday, October 24, 2025 at 10:00 a.m.

4 DATED: June 9, 2025

By: _____
     Sanjiv Taneja