GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
nhanna@gibsondunn.com
KATHERINE H. SHARP, SBN 273141
ksharp@gibsondunn.com
JAMES N. ROTSTEIN, SBN 305072
jrotstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone (213) 229-7000

WINSTON Y. CHAN, SBN 214884
wchan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone (415) 393-8200

*Attorneys for Sanjiv Taneja*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANJIV TANEJA (D3),<br><br>Defendant. | CASE NO. 3:22-cr-01152-BAS<br><br>**JOINT MOTION TO CONTINUE DEFENDANT SANJIV TANEJA'S SENTENCING HEARING** |

1     The parties, the UNITED STATES OF AMERICA, by and through its counsel
2 Adam Gordon, United Sates Attorney, and Assistant United States Attorneys Nicholas W.
3 Pilchak, Janaki G. Chopra, and Eric R. Olah, and defendant SANJIV TANEJA, through
4 his attorneys Nicola T. Hanna, Winston Y. Chan, Katherine H. Sharp, and James N.
5 Rotstein, hereby jointly move this Court to continue the sentencing hearing currently
6 scheduled for October 24, 2025 at 10:00 am to January 23, 2026 at 10:00 am.

7     The parties are still resolving significant issues that will have a direct impact on
8 their sentencing recommendations. Therefore, a continuance is necessary to allow time
9 for those issues to be resolved and ensure the recommendations accurately reflect the
10 circumstances of Mr. Taneja's case.

11     For these reasons, and for good cause shown, the parties respectfully request the
12 Court continue the sentencing hearing from October 24, 2025 at 10:00 am to January 23,
13 2026 at 10:00 am.

Dated:  October 8, 2025                Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ James N. Rotstein
    Nicola T. Hanna
    Winston Y. Chan
    Katherine H. Sharp
    James N. Rotstein

*Attorneys for Sanjiv Taneja*

Dated:  October 8, 2025                ADAM GORDON
United States Attorney

By: /s/ Nicholas W. Pilchak
    Nicholas W. Pilchak
    Janaki G. Chopra
    Eric R. Olah

*Assistant U.S. Attorneys*

**CERTIFICATE OF AUTHORIZATION TO SIGN SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all counsel for the Plaintiff and that I have obtained authorization from each attorney to affix his or her electronic signature to this document.

Dated: October 8, 2025

*/s/ James N. Rostein*
James N. Rotstein