| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | NICOLA T. HANNA, SBN 130694 |
|   | nhanna@gibsondunn.com |
| 3 | KATHERINE H. SHARP, SBN 273141 |
|   | ksharp@gibsondunn.com |
| 4 | JAMES N. ROTSTEIN, SBN 305072 |
|   | jrotstein@gibsondunn.com |
| 5 | 333 South Grand Avenue |
| 6 | Los Angeles, California 90071 |
|   | Telephone (213) 229-7000 |
| 7 | |
| 8 | WINSTON Y. CHAN, SBN 214884 |
|   | wchan@gibsondunn.com |
| 9 | 555 Mission Street, Suite 3000 |
|   | San Francisco, California 94105 |
| 10 | Telephone (415) 393-8200 |
| 11 | *Attorneys for Sanjiv Taneja* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-01152-BAS |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO CONTINUE DEFENDANT SANJIV TANEJA'S SENTENCING HEARING** |
| v. | |
| SANJIV TANEJA (D3), | |
| Defendant. | |

1  Defendant Sanjiv Taneja, by and through his counsel Nicola T. Hanna, Winston Y.
2  Chan, Katherine H. Sharp, and James N. Rotstein, hereby moves this Court to continue the
3  sentencing hearing currently scheduled for January 23, 2026 at 10:00 a.m. to January 30,
4  2026 at 9:30 a.m.

5  The parties are still resolving issues that will have a direct impact on their sentencing
6  recommendations. Therefore, a continuance is necessary to allow time for those issues to
7  be resolved, ensure the parties have adequate time to prepare their sentencing materials, and
8  ensure the recommendations accurately reflect the circumstances of Mr. Taneja's case.  The
9  government has stated it does not oppose this motion.

10  For these reasons, and for good cause shown, Mr. Taneja respectfully requests the
11  Court continue the sentencing hearing from January 23, 2026 at 10:00 a.m. to January 30,
12  2026 at 9:30 a.m.

Dated:  January 2, 2026                Respectfully submitted,

                                       GIBSON, DUNN & CRUTCHER LLP

                                       By:  /s/ James N. Rotstein
                                            Nicola T. Hanna
                                            Winston Y. Chan
                                            Katherine H. Sharp
                                            James N. Rotstein

                                            *Attorneys for Sanjiv Taneja*