GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
nhanna@gibsondunn.com
KATHERINE H. SHARP, SBN 273141
ksharp@gibsondunn.com
JAMES N. ROTSTEIN, SBN 305072
jrotstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone (213) 229-7000

WINSTON Y. CHAN, SBN 214884
wchan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone (415) 393-8200

*Attorneys for Sanjiv Taneja*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANJIV TANEJA (D3),<br><br>Defendant. | CASE NO. 3:22-cr-01152-BAS<br><br>**SANJIV TANEJA'S NOTICE OF WITHDRAWAL OF ECF NO. 502** |

1  Defendant Sanjiv Taneja, through his attorneys Nicola T. Hanna, Winston Y. Chan,
2  Katherine H. Sharp, and James N. Rotstein, requests to withdraw ECF No. 502, Motion to
3  Continue Defendant's Sentencing Hearing (*Unopposed*), filed on January 2, 2026.  The
4  parties intend to file a Joint Motion to Continue Defendant's Sentencing Hearing shortly.

6  Dated:  January 5, 2026                    Respectfully submitted,

              GIBSON, DUNN & CRUTCHER LLP

              By: */s/ James N. Rotstein*
                  Nicola T. Hanna
                  Winston Y. Chan
                  Katherine H. Sharp
                  James N. Rotstein

                  *Attorneys for Sanjiv Taneja*